# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DR. RACHEL LANCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUKE UNIVERSITY, )<br>)<br>Defendant. )<br>) | 1:23CV666 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff to this action, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice that this action and all claims that were or could have been asserted in this action are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 12th day of February 2025.

**THE NOBLE LAW FIRM, PLLC.**

*/s/ Kathryn Abernethy*
Kathryn F. Abernethy, Esq.
(N.C. State Bar No. 43933)
700 Spring Forest Road, Suite 205
Raleigh, NC 27609
Telephone: (919) 251-6008
Fax: (919) 869-2079
Email: kabernethy@thenoblelaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of February 2025, the foregoing **Notice of Voluntary Dismissal** was filed electronically with the Clerk of the Court via the CM/ECF program which will send notification providing a link to the file-stamped document of such filing to the following registered users via electronic mail:

    Robert A. Sar
    **Ogletree, Deakins, Nash,**
    **Smoak & Stewart, P.C.**
    E-mail: Bob.Sar@ogletree.com
    *Attorneys for Defendant*

This, the 12th day of February 2025.

                                      **THE NOBLE LAW FIRM, PLLC.,**

                                      /s/ Stevie Dees
                                      Stevie Dees
                                      (N.C.C.P No. CP09160)
                                      700 Spring Forest Road, Suite 205
                                      Raleigh, NC 27609
                                      Telephone: (919) 251-6008
                                      Fax: (919) 869-2079
                                      Email: sdees@thenoblelaw.com