# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DR. RACHEL LANCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUKE UNIVERSITY, ) <br> ) <br> Defendant. ) <br> ) | 1:23CV666 |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties to this action, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action and all claims that were or could have been asserted in this action are DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 18th day of February 2025.

| | |
|---|---|
| **THE NOBLE LAW FIRM, PLLC.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| /s/ Kathryn Abernethy | /s/ Robert A. Sar |
| Kathryn F. Abernethy, Esq. <br> (N.C. State Bar No. 43933) <br> 700 Spring Forest Road, Suite 205 <br> Raleigh, NC 27609 <br> Telephone: (919) 251-6008 <br> Fax: (919) 869-2079 <br> Email: kabernethy@thenoblelaw.com <br> *Attorneys for Plaintiff* | Robert A. Sar <br> (N.C. State Bar No. 22306) <br> 8529 Six Forks Road <br> Forum IV, Suite 600 <br> Raleigh, North Carolina 27615 <br> Telephone: <br> E-mail: Bob.Sar@ogletree.com <br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on the 18th day of February 2025, the foregoing **Stipulation of Voluntary Dismissal** was filed electronically with the Clerk of the Court via the CM/ECF program which will send notification providing a link to the file-stamped document of such filing to the following registered users via electronic mail:

> Robert A. Sar
> **Ogletree, Deakins, Nash,**
> **Smoak & Stewart, P.C.**
> E-mail: Bob.Sar@ogletree.com
> *Attorneys for Defendant*

This, the 18th day of February 2025.

**THE NOBLE LAW FIRM, PLLC.,**

*/s/ Stevie Dees*

Stevie Dees
(N.C.C.P No. CP09160)
700 Spring Forest Road, Suite 205
Raleigh, NC 27609
Telephone: (919) 251-6008
Fax: (919) 869-2079
Email: sdees@thenoblelaw.com